# UNITED STATES DISTRICT COURT
## for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:14-00010 |
| | ) | |
| Johonauan Roberson | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing and arraignment are scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|
| | Date and Time: February 19, 2014 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 14, 2014

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*