UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00010 |
| | ) | JUDGE CAMPBELL |
| JOHONAUAN ROBERSON | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence and Request for Franks Hearing (Docket No. 25).

The Court will hold a hearing on the Motion to Suppress on November 26, 2014, at 10:00 a.m., and a decision on the request for a <u>Franks</u> hearing will be made at the hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE